FILED

FEB 13 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO.  |
| Plaintiff, | * | INDICTMENT |
| V. | * | [Vio: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(iii) and 860(a)- Possession with Intent to Distribute at Least 5 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance, Within 1000 Feet of a Junior College; 18 U.S.C. 2 – Aiding and Abetting] |
| SHARON LATRICE JONES (1), PATRICK ESTELL JONES (2), | * | |
| Defendants | * | |

THE GRAND JURY CHARGES:

On or about January 31, 2007, in the Western District of Texas, Defendants,

**SHARON LATRICE JONES,**
and
**PATRICK ESTELL JONES,**

aided and abetted by each other, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, which offense involved at least five (5) grams of a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, the said possession having occurred within 1000 feet of the real property comprising a junior college, to-wit: Temple Junior College, 2600 South 1st Street, Temple, Bell County, Texas, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii) and 860(a), and Title 18, United States Code, Section 2.

A TRUE BILL:    **SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON

JOHNNY SUTTON
United States Attorney

By: _/s/ Stephanie Smith-Burris_
STEPHANIE SMITH-BURRIS
Assistant United States Attorney

SEALED \_\_\_\_\_
UNSEALED  X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W07CR022 (2)**

DATE:  02-13-2007          MAG CT. #  W07-20M          CASE NO. _____
COUNTY:  BELL

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY          STEPHANIE SMITH-BURRIS

DEFENDANT:  PATRICK ESTELL JONES (2)          DOB: ███████

CITIZENSHIP:          United States  X    Mexican \_\_\_\_\_    Other _____
INTERPRETER NEEDED:   Yes \_\_\_\_\_          No  X          Language _____

DEFENSE ATTORNEY:      Ronald H. Moody

DEFENDANT IS:   In Jail  YES          WHERE:      McLennan County Jail
                On Bond _____

PROSECUTION BY:          INFORMATION \_\_\_\_\_          INDICTMENT   X

OFFENSE: (Code & Description)  21 U.S.C. 841(a)(1) & 841(b)(1)(B)(iii) and 860(a) – Possession With Intent to Distribute at Least 5 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance, Within 1000 Feet of a Junior College; 18 U.S.C. 2 – Aiding and Abetting

OFFENSE IS:          FELONY   X          MISDEMEANOR _____

MAXIMUM SENTENCE: Not less than 5 nor more than 80 years custody; $4,000,000 fine; $100 special assessment; at least 8 years TSR

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ███████████████████████

SEALED _____
UNSEALED _X_

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W07CR022 (1)**

DATE: __02-13-2007__   MAG CT. # __W07-20M__   CASE NO. _____
COUNTY: __BELL__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____ STEPHANIE SMITH-BURRIS _____

DEFENDANT: __SHARON LATRICE JONES (1)__   DOB: ███████

CITIZENSHIP:   United States _X_   Mexican _____   Other _____
INTERPRETER NEEDED:  Yes _____   No _X_   Language _____

DEFENSE ATTORNEY: __Robert Swanton__

DEFENDANT IS:   In Jail _YES_   WHERE: __McLennan County Jail__
                On Bond _____

PROSECUTION BY:   INFORMATION _____   INDICTMENT _X_

OFFENSE: (Code & Description) __21 U.S.C. 841(a)(1) & 841(b)(1)(B)(iii) and 860(a) – Possession With Intent to Distribute at Least 5 Grams of "Crack" Cocaine, a Schedule II Narcotic Drug Controlled Substance, Within 1000 Feet of a Junior College; 18 U.S.C. 2 – Aiding and Abetting__

OFFENSE IS:   FELONY _X_   MISDEMEANOR _____

MAXIMUM SENTENCE: __Not less than 5 nor more than 80 years custody; $4,000,000 fine; $100 special assessment; at least 8 years TSR__

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR
                        Mandatory Minimum

REMARKS: ███████████████████