IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: §
WACO DIVISION §
CIVIL AND CRIMINAL CASES §
§
§

It is hereby **ORDERED** that all pending civil and criminal cases assigned to the docket of U.S. District Judge Walter S. Smith shall be **TRANSFERRED** to the docket of U.S. District Judge Robert Pitman.

Signed this 19th day of September, 2016.

_____
Honorable Orlando L. Garcia,
Chief United States District Judge

FILED
SEP 1 9 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY